IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES                                                                                          PLAINTIFF

v.                                    CASE NO. 20-CR-50021-001

JONATHAN TERRY                                                                                   DEFENDANT

### ORDER

On March 25, 2022, Defendant Filed a Motion to Receive Earn Time Credits Pursuant to Section 101 of the First Step Act of 2018 (ECF No. 157). United States District Judge Timothy L. Brooks referred the Motion to the undersigned who thereafter appointed Ms. Anna Williams, Assistant Federal Public Defender, to represent Defendant in this matter (ECF No. 159), and entered a scheduling order, directing briefing on the issue by both parties. (ECF No. 160).

On May 3, 2022, Ms. Williams filed a notice with the Court (ECF No. 161), advising the Court that, on behalf of the Defendant, she had thoroughly reviewed the matter for relief under the First Step Act but was unable to demand the relief requested – earned time credit – for the Defendant at this time. For these reasons, Defendant's Motion is **DENIED** without prejudice to its future refiling.

IT IS SO ORDERED this 12th day of May 2022.

*Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE